**Electronically Filed
Supreme Court
SCPW-22-0000637
27-OCT-2022
11:38 AM
Dkt. 6 ODDP**

SCPW-22-0000637

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE MATTER OF DOROTHY UWEKOOLANI,
also known as Mrs. William Moanaliha Uwekoolani Jr., Petitioner.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the submissions to this court from Dorothy Uwekoolani, originally filed in SCOT-22-0000616 on October 18 and 24, 2022, we deem them to be, in total, a petition for a writ of mandamus against the Board of Water Supply for Maui County, the State of Hawaiʻi Commission on Water Resource Management, and the Department of Hawaiian Homelands, but further find and conclude that the petitioner has failed to demonstrate a clear and indisputable right to relief and the lack of an alternate remedy. See State ex rel. Kaneshiro v. Huddy, 82 Hawaiʻi 188, 193, 921 P.2d 108, 113 (1996). Therefore,

IT IS ORDERED that the clerk of the court shall waive the filing fee for the petition.

IT IS FURTHER ORDERED that the petition is denied.

DATED:  Honolulu, Hawaiʻi, October 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

